**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VENEZUELA US SRL, <br><br> Petitioner, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Respondent. | Civil Action No.  22-cv-3822 |

## CERTIFICATE UNDER RULE LCvR 26.1

I, the undersigned, counsel of record for Venezuela US SRL, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Venezuela US SRL which have any outstanding securities in the hands of the public.

Venezuela US SRL is a wholly owned subsidiary of Occidental Petroleum Corporation, which is a publicly traded company.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: New York, New York
December 27, 2022

Respectfully submitted,

By:   /s/ Elliot Friedman
Elliot Friedman, D.C. Bar No. NY0106
elliot.friedman@freshfields.com
Paige von Mehren (*pro hac vice* forthcoming)
paige.vonmehren@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Petitioner Venezuela US SRL*