UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENEZUELA US SRL,<br><br>      Petitioner,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Respondent. | Civil Action No. 1:22-cv-03822-JMC |

**STATUS REPORT**

1. Petitioner Venezuela US SRL ("VUS") files this Status Report pursuant to the Court's October 31, 2023 Order, which directed VUS to file, by November 30, 2023, a status report updating the Court on the progress of service in this case.

2. VUS has now successfully served the Bolivarian Republic of Venezuela ("Venezuela").

3. As noted in VUS's Status Report dated July 6, 2023, ECF No. 15, after exhausting other attempts at service, VUS attempted to serve Venezuela via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4). On June 30, 2023, the Clerk of the Court docketed the Certificate of Clerk indicating that the requisite documents were sent to the U.S. Department of State for service on Venezuela through diplomatic channels. *See* Certificate of Clerk, ECF No. 14.

4. On October 31, 2023, the Clerk of the Court received a certified copy of the diplomatic note stating that the papers required for diplomatic service had been transmitted by the U.S. Department of State through diplomatic channels to Venezuela on October 11, 2023. *See*

1

Return of Service/Affidavit of Summons and Complaint Executed as to Bolivarian Republic of Venezuela, ECF No. 16.

5. Under 28 U.S.C. § 1608(c)(1), service on Venezuela was accomplished on the date of the transmittal of the papers as indicated in the certified copy of the diplomatic note—that is, on October 11, 2023. Venezuela has 60 days from October 11, 2023 to appear. *See* 28 U.S.C. § 1608(d); Oct. 31, 2023 Min. Order; Return of Service, ECF No. 16.

| | |
|---|---|
| Dated: New York, New York<br>November 30, 2023 | Respectfully submitted,<br><br>By:  /s/ Elliot Friedman<br>Elliot Friedman, D.C. Bar No. NY0106<br>elliot.friedman@freshfields.com<br>Paige von Mehren, *pro hac vice*<br>paige.vonmehren@freshfields.com<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br><br>*Attorneys for Petitioner Venezuela US SRL* |