

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**John M. Conlon**
Partner
T: +1 212 506 2592
F: +1 212 849 5992
JConlon@mayerbrown.com

February 21, 2025

<u>VIA ECF</u>

Honorable Jia M. Cobb
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   *Venezuela US SRL v. Bolivarian Republic of Venezuela*
      Civil Action No. 1:22-cv-03822-JMC

Dear Judge Cobb:

We are counsel for Petitioner, Venezuela US SRL. We appeared as counsel for Petitioner on May 24, 2024, following briefing on the Petition to Enforce Arbitration Award. We write to inquire of the Court as to whether any further information or a conference would be helpful.

Thank you for your consideration.


Respectfully submitted,

<u>/s/ John M. Conlon</u>

John M. Conlon
Partner


cc:   Joseph D. Pizzurro
      Juan O. Perla
      Counsel for Respondent

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).