UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENEZUELA US SRL,<br><br>　　　　　Petitioner,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　Respondent. | Case No. 22-cv-3822-JMC |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Venezuela US SRL's ("VUS") Petition to Enforce Arbitration, ECF 1, is **GRANTED**.

It is further **ORDERED** that VUS shall file a proposed order of judgment by **June 23, 2025**, reflecting the exact monetary amount sought, including interest, consistent with the arbitration award and the Court's memorandum opinion. The Bolivarian Republic of Venezuela ("Venezuela") may respond to VUS's proposed order by **July 7, 2025**, and VUS's reply, if any, is due by **July 14, 2025**.

It is further **ORDERED** that Venezuela will bear the costs of this proceeding; that VUS shall submit a motion with supporting documentation establishing its costs for this proceeding by **June 30, 2025**; and that Venezuela shall respond to VUS's cost submission by **July 14, 2025**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: June 9, 2025

1