UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENEZUELA US SRL, <br><br> Petitioner, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Respondent. | Case No. 22-cv-3822-JMC |

**NOTICE REGARDING BILL OF COSTS**

Pursuant to Local Civil Rule 54.1 and this Court's June 9, 2025 Order, which ordered Venezuela to bear the costs of this proceeding and VUS to submit its costs, VUS submits the attached Bill of Costs and supporting documentation.

Respectfully submitted,

MAYER BROWN LLP

*/s/ Michael P. Lennon, Jr.*
Michael P. Lennon, Jr. (admitted *pro hac vice*)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
John M. Conlon (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Reginald R. Goeke (DC Bar No. 435613)
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
Email: mlennon@mayerbrown.com
Email: jconlon@mayerbrown.com
Email: rgoeke@mayerbrown.com