UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENEZUELA US SRL,<br><br>                Petitioner,<br><br>   v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                Respondent. | Case No. 22-cv-3822-JMC |

**ORDER AND FINAL JUDGMENT**

On June 9, 2025, the Court issued a Memorandum Opinion and Order granting Venezuela US SRL's ("VUS") Petition to Recognize and Enforce a Foreign Arbitral Award against the Bolivarian Republic of Venezuela ("Venezuela"). *See* ECFs 38, 39.

Accordingly, it is hereby **ORDERED** that VUS's Petition is **GRANTED**. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED** in VUS's favor in the following amounts, as reflected in the Arbitral Award (the "Award"):

- $58,870,898 as compensation for breach of the Treaty, Art. 2. *See* Award at ¶ 36, 107(1).

- $46,624,436 in interest, accrued between May 31, 2011, and November 4, 2022, on the compensation awarded above. *Id.* at ¶ 107(2).

- $27,930,116 in interest, as of June 23, 2025, "on the amounts awarded under sub-paragraphs 1 and 2 above, from the date of this Final Award until the date of full payment of these amounts, at the rate of twelve-month USD LIBOR plus a margin of four percent (4%) with annual compounding of the accrued interest." *Id.* at ¶ 107(3). Should USD LIBOR "cease to be operative . . . the interest due shall be calculated

from that date onward on the basis of whatever rate is generally considered equivalent to twelve-month USD LIBOR plus a margin of four percent (4%) with annual compounding." *Id.* at ¶ 107(4).

- $3,215,534.99 for the cost of legal representation and assistance incurred. *Id.* at ¶ 107(7).

- $491,772 in interest, as of June 23, 2025, on the costs of legal representation "at a rate of six percent (6%), from the day one month following the date of this Final Award until the date of full payment." *Id.* at ¶ 107(7).

- $697,342.94 for the costs of the arbitration, converted from euros to USD using the U.S. Treasury Department exchange rate data in effect at the time of the Award.[1] *Id.* at ¶ 107(7).

- $106,649 in interest, as of June 23, 2025, on the costs of the arbitration "at a rate of six percent (6%), from the day one month following the date of this Final Award until the date of full payment." *Id.* at ¶ 107(7).

**Total**:   USD $137,936,749 (as of June 23, 2025)

Post-judgment interest shall be determined in accordance with 28 U.S.C. § 1961.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 15, 2025

---

[1] The Award provided the costs of the arbitration in euros, and "[c]onversion of such foreign currency amounts into dollars at judgment is the norm, rather than the exception." *Cont'l Transfer Technique Ltd. v. Fed. Gov't of Nigeria*, 932 F. Supp. 2d 153, 158 (D.D.C. 2013), *aff'd*, 603 Fed. Appx. 1 (D.C. Cir. 2015). The conversion was performed using the "breach day" rule at a rate of 0.882. *See id.*