**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VENEZUELA US SRL,<br><br>                    Petitioner,<br><br>          v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Respondent. | Civil Action No. 22-cv-3822 |

**AMENDED ORDER AND FINAL JUDGMENT**

On June 9, 2025, the Court issued a Memorandum Opinion and Order granting Venezuela US SRL's ("VUS") Petition to Recognize and Enforce a Foreign Arbitral Award against the Bolivarian Republic of Venezuela ("Venezuela"). *See* ECF No. 39.

Accordingly, it is hereby **ORDERED** that VUS's Petition is **GRANTED**. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED** in VUS's favor in the following amounts, as reflected in the Arbitral Award (the "Award"):

- $58,870,898 as compensation. *See* Award at ¶ 36, 107(1).

- $46,624,436 in interest, accrued between May 31, 2011, and November 4, 2022, on the compensation awarded above. *Id.* at ¶ 107(2).

- $27,930,116 in post-award interest, as of June 23, 2025, on the amounts awarded above. *Id.* at ¶ 107(4).

- $3,215,534.99 for the cost of legal representation and assistance incurred. *Id.* at ¶ 107(7).

- $491,772 in post-award interest, as of June 23, 2025, on the costs of legal representation. *Id.* at ¶ 107(7).

- $607,163.35 for the costs of the arbitration, converted from euros to USD using the European Central Bank exchange rate data in effect on the date the Award was rendered. *Id.* at ¶ 107(7).

- $92,857.31 in interest, as of June 23, 2025, on the costs of the arbitration. *Id.* at ¶ 107(7).

    **Total:** <u>USD $ 137,832,778 (as of June 23, 2025)</u>

Post-judgment interest shall be determined in accordance with 28. U.S.C. § 1961.

    **SO ORDERED.**

_____
THE HONORABLE JIA M. COBB
United States District Judge

Date: August 14, 2025